Minute Order Form (06/97)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 7865 | **DATE** | 5/3/2002 |
| **CASE TITLE** | Ruby Reed etc. Vs. City of Chicago et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. The individual defendants move to dismiss. That motion is denied. Status hearing set for May 23, 2002 at 9:15am.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | number of notices | | |
| | Notices mailed by judge's staff. | | MAY 06 2002 | | |
| | Notified counsel by telephone. | | date docketed | | 32 |
| ✓ | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | | |
| WAH | courtroom deputy's initials | | date mailed notice | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RUBY REED, Special Administrator of )
the Estate of J. C. Reed, Deceased, )
)
        Plaintiff, )
)
vs. ) No. 01 C 7865
)
CITY OF CHICAGO, a municipal )
corporation, TIMOTHY GOULD, )
BRUCE YOUNG, BRIAN PEMBERTON,)
SUSAN MADISON, and EDWARDS )
MEDICAL SUPPLY, INC., )
)
        Defendants. )

## MEMORANDUM OPINION AND ORDER

The individual defendants move to dismiss. That motion is denied.

Plaintiff combined policy allegations against the City with allegations respecting the individual defendants. It would have been better to separate those claims, as it does make it more difficult for defendants to respond. But we think what is alleged against the individual defendants is reasonably clear. They need not answer claims attacking an allegedly unconstitutional policy, but they can answer allegations that they engaged in unconstitutional conduct. And we equate "reckless disregard" with "wilful and wanton."

                                                          JAMES B. MORAN
                                                       Senior Judge, U. S. District Court

May 3, 2002.